**Order entered April 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00308-CV

### JULES S. BRENNER, ET AL., Appellants

### V.

### CENTURION LOGISTICS LLC DIRECTLY AND DERIVATIVELY ON BEHALF OF CENTURION PECOS TERMINAL LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15964**

## ORDER

Before the Court is appellee's April 20, 2020 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to June 1, 2020.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE